# RECOMMENDATION TERMINATING
# PROBATION PRIOR TO EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:** 2:03CR00287-02 |
| ) | |
| DERIL SCHMITT ) | |

---

**LEGAL HISTORY:**

On June 29, 2004, the above-named was placed on probation for a period of four years, which commenced on June 29, 2004. Special conditions included a requirement for search and seizure, financial disclosure, access to requested financial information, no new credit charges or additional lines of credit without probation officer approval, and participation in a Community Corrections Center for a period of nine months.

**SUMMARY OF COMPLIANCE:**

Deril Schmitt has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that probation in this case be terminated early.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**

Rev. 03/2005
EARLITRM.MRG

**Re:**   **Deril SCHMITT**
         **Docket Number:   2:03CR00287-02**
         **RECOMMENDATION TERMINATING**
         **PROBATION PRIOR TO EXPIRATION DATE**


Dated:      February 3, 2006
            Sacramento, California
            GPS/cp


**REVIEWED BY:**      /s/Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**


cc:   AUSA  (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

DATE: March 3, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:   United States Attorney's Office